1 | ANN M. KARIUKI (CA SBN 283306)
2 | **LAW OFFICES OF ANN M. KARIUKI**
    2831 Telegraph Ave
3 | Oakland, CA 94609
    Telephone: (510) 520-0964
4 | Facsimile: (510) 217-3470
    Email: ann@lawofficesofAMK.com
5 |
    Attorney for Plaintiff
6 | JOANN MARTINEZ

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINEZ, | CASE NO.: 3:22-cv-06092-CRB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| BAY AREA RESCUE MISSION, | **F.R.C.P. RULE 41(a)(1)(A)(ii)** |
| Defendant. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this entire action, including all claims stated herein against Defendant with each party to bear its own attorney's fees and costs.

Respectfully submitted,

DATED: July 1, 2025			LAW OFFICES OF ANN M. KARIUKI

By: ____/s/Ann M. Kariuki_____

ANN M. KARIUKI, ESQ.
Attorney for Plaintiff Martinez

DATED: July 1, 2025			FARBSTEIN & BLACKMAN
A Professional Corporation

By: _____/s/Michael A. Farbstein_____
MICHAEL A. FARBSTEIN
Attorneys for Defendant BAY AREA RESCUE MISSION

ANN M. KARIUKI (CA SBN 283306)
**LAW OFFICES OF ANN M. KARIUKI**
2831 Telegraph Ave
Oakland, CA 94609
Telephone: (510) 520-0964
Facsimile: (510) 217-3470
Email: ann@lawofficesofAMK.com

Attorney for Plaintiff
JOANN MARTINEZ

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINEZ, | CASE NO.: 3:22-cv-06092-CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER TO DISMISSING THE ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| BAY AREA RESCUE MISSION, | |
| Defendant. | |

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ENTIRE ACTION IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

Dated: July 7, 2025

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT